UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Susan Hardy, | : <br> : <br> : Civil Action No.: 5:16-cv-13303-JCO-SDD <br> : <br> Plaintiff,   : <br> : <br> v.   : <br> : <br> Credit Acceptance Corporation, : <br> : <br> Defendant.   : <br> : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Susan Hardy ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 1, 2017

                                              Respectfully submitted,

                                              PLAINTIFF, Susan Hardy

                                              */s/ Sergei Lemberg*

                                              Sergei Lemberg, Esq.
                                              LEMBERG LAW L.L.C.
                                              43 Danbury Road, 3rd Floor
                                              Wilton, CT 06897
                                              Telephone: (203) 653-2250
                                              Facsimile:  (203) 653-3424
                                              slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Stephen W. King, Esq.
355 S. Old Woodward, Suite 100
Birmingham, MI 48009

                                          By */s/ Sergei Lemberg*
                                              Sergei Lemberg, Esq.